## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>KULJIT GHUMAN, aka KULJIT SINGH GHUMAN, aka KULJIT S. GHUMAN, individually and dba JOHNNY QUICK #143,<br><br>    Defendants. | Case No.: 1:14-cv-00670 --- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 7) |

On June 24, 2014, Plaintiff notified the Court he had reached a settlement of the matter. (Doc. 7) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The stipulated request for dismissal **SHALL** be filed no later than **July 24, 2014**;
2. No later than **July 24, 2014**, Defendants **SHALL** file their consent or decline to magistrate judge jurisdiction or the stipulated dismissal **SHALL** indicate whether all parties consent to magistrate judge jurisdiction;
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

///
///
///
///

1

1  **Failure to comply with this order may be grounds for the imposition of sanctions on counsel or**
2  **the parties who contributed to violation of this order.  See Local Rules 110, 160.**
3
4  IT IS SO ORDERED.
5      Dated:   **June 26, 2014**                              **/s/ Jennifer L. Thurston**
6                                                       UNITED STATES MAGISTRATE JUDGE