Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KULJIT GHUMAN, aka KULJIT SINGH GHUMAN, aka KULJIT S. GHUMAN, individually and dba JOHNNY QUIK #143;<br><br>　　　　Defendant. | No.  1:14-cv-00670 JLT<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER**<br><br>**(Doc. 9)** |

1   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Kuljit Ghuman, aka Kuljit Singh Ghuman, aka Kuljit S. Ghuman, individually and dba Johnny Quick #143, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

IT IS FURTHER STIPULATED that the parties hereby consent to jurisdiction of United States Magistrate Judge Jennifer L. Thurston.

Date: July 8, 2014                                MOORE LAW FIRM, P.C.

                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiff
                                                 Ronald Moore

Date: July 7, 2014                                */s/ Kuljit Ghuman*
                                                 Kuljit Ghuman, Defendant In Pro Per

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore, Attorney for
                                                 Plaintiff, Ronald Moore

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **July 8, 2014**                         **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE